Holly S. Burgess (SBN 104757)
Gregory P. Wayland (SBN 277437)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn Folsom Road, Suite 109
Auburn, CA  95661
Telephone:  (530) 889-8900
Facsimile:   (530) 889-8988

Attorneys for Plaintiffs,
LUIS M. MENDOZA and GICELA MENDOZA

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LUIS M. MENDOZA,<br>GICELA MENDOZA<br><br>                Plaintiffs,<br><br>  vs.<br><br>HILLSBOROUGH CORPORATION;<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;<br>PLACER TITLE COMPANY;<br>BAC HOME LOANS SERVICING LP f/k/a COUNTRYWIDE HOME LOANS SERVICING LP;<br>QUALITY LOAN SERVICE CORPORATTION;<br>ARCADE CREEK PROPERTIES, INC.;<br>DOES 1-100, inclusive,<br><br>                Defendants. | Case No.: 2:11-CV-1237<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

The Court, having reviewed the **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** filed by Plaintiffs Luis Mendoza and Gicela Mendoza pursuant to Federal Rules of Civil Procedure, Rule 41(a), hereby orders as follows:

///

///

///

- 1 -

**[PROPOSED]  ORDER RE VOLUNTARY DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com

1    **IT IS HEREBY ORDERED** that the complaint in the above-captioned matter is dismissed
2  in its entirety without prejudice.

4  Dated: 10/21/2011

/s/ John A. Mendez_____

John A. Mendez
JUDGE, U.S. DISTRICT COURT

- 2-
**[PROPOSED]  ORDER RE VOLUNTARY DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com